**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wilfred Andrew Peltier and Lorraine B. Peltier,

Plaintiffs,

v. Civil No. 01-2219 (DWF/AJB)

Abex Corporation, et al.,

Defendants.

---

Virginia Palmquist, as Trustee for the heirs and next-of-kin to Lloyd Palmquist, Decedent,

Plaintiffs,

v. Civil No. 01-2220 (DSD/SRN)

Abex Corporation, et al.,

Defendants.

---

Gary Deck and Karen Deck, individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2221(DWF/AJB)

ACandS, Inc., et al.,

Defendants.

---

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Alexander J. Langiewicz and Loretta Langiewicz,

Plaintiffs,

v. Civil No. 01-2222 (JRT/JMM)

ACandS, Inc., et al.,

Defendants.

---

Robert John LaBarre and Alice LaBarre,

Plaintiffs,

v. Civil No. 01-2223 (MJD/JGL)

ACandS, Inc., et al.,

Defendants.

---

Michael H. Bluhm,

Plaintiff,

v. Civil No. 01-2224 (PAM/JGL)

Abex Corporation, et al.,

Defendants.

---

Cheri Busson, individually and as Trustee for the heirs and next-of-kin to John Busson, Decedent,

Plaintiffs,

v. Civil No. 01-2225 (PAM/JGL)

Abex Corporation, et al.,

Defendants.

---

Wilma Sachs and Elmer Sachs, individually and as wife and husband,

Plaintiffs,

v. Civil No. 01-2226 (ADM/SRN)

Paul W. Abbott Company, Inc., et al.,

Defendants.

David W. Miller and Diana Miller,

Plaintiffs,

v. Civil No. 01-2227 (MJD/JGL)

Dresser Industries, Inc., et al.,

Defendants.

Doris E. Knutson, as Trustee for the Heirs of Tracy Clinton Knutson, Deceased,

Plaintiffs,

v. Civil No. 01-2228 (MJD/JGL)

A.P.I., Inc., et al.,

Defendants.

Tom Goeltl and Terrylane Goeltl,

Plaintiffs,

v. Civil No. 01-2229 (MJD/JGL)

Abex Corporation, et al.,

Defendants.

---

Lucille E. Muth, individually and as Trustee for the Heirs and next-of-kin to Delbert R. Muth, Decedent,

Plaintiffs,

v. Civil No. 01-2230 (ADM/AJB)

Abex Corporation, et al.,

Defendants.

---

David C. Wierstad and Maria Wierstad,

Plaintiffs,

v. Civil No. 01-2232 (PAM/SRN)

Pneumo Abex Corporation, et al.,

Defendants.

---

Charlene Johnson, as trustee for the next-of-kin of James Johnson,

Plaintiff,

v. Civil No. 01-2233 (MJD/RLE)

American Standard, Inc., et al.,

Defendants.

---

Anton Struna,

Plaintiff,

v. Civil No. 01-2234 (JMR/RLE)

American Standard, Inc., et al.,

Defendants.

---

---

Harold Struss and Shirley Struss,
individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2235 (JRT/RLE)

ACandS, Inc., et al.,

Defendants.

---

Virgil Marvin Siegel and Lois Siegel,

Plaintiffs,

v. Civil No. 01-2236 (JMR/RLE)

Borg Warner Corp., et al.,

Defendants.

---

Donald Hallback and Shirley Hallback,
individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2237 (PAM/RLE)

A.P.I., Inc., et al.,

Defendants.

---

James Zakrzewski and Teresa Zakrzewski,
individually and as husband and wife,

Plaintiffs,

v. Civil No. 01-2347 (DWF/AJB)

Abex Corporation, et al.,

Defendants.

---

Eugene Harig and Diane Harig,

Plaintiffs,

v.

Civil No. 01-2350 (RHK/JMM)

Allied-Signal, Inc., et al.,

Defendants.

**ORDER FOR REASSIGNMENT OF RELATED CASES AND REFERRAL TO MAGISTRATE**

Case Nos. 01-2219 (DWF/AJB), 01-2221 (DWF/AJB) and 01-2347 (DWF/AJB) having been assigned to Judge Donovan W. Frank and Case No. 01-2220 (DSD/SRN) having later been assigned to Judge David S. Doty and Case Nos. 01-2222 (JRT/JMM) and 01-2235 (JRT/RLE) having later been assigned to Judge John R. Tunheim and Case Nos. 01-2223 (MJD/JGL), 01-2227 (MJD/JGL), 01-2228 (MJD/JGL), 01-2229 (MJD/JGL) and 01-2233 (MJD/RLE) having later been assigned to Judge Michael J. Davis and Case Nos. 01-2226 (ADM/SRN) and 01-2230 (ADM/AJB) having later been assigned to Judge Ann D. Montgomery and Case Nos. 01-2224 (PAM/JGL), 01-2225 (PAM/JGL), 01-2232 (PAM/SRN) and 01-2237 (PAM/RLE) having later been assigned to Judge Paul A. Magnuson and Case Nos. 01-2234 (JMR/RLE) and 01-2236 (JMR/RLE) having later been assigned to Judge James M. Rosenbaum and Case No. 01-2350 (RHK/JMM) having later been assigned to Judge Richard H. Kyle, said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 01-2220 (DSD/SRN), 01-2222 (JRT/JMM), 01-2223 (MJD/JGL), 01-2224 (PAM/JGL), 01-2225 (PAM/JGL), 01-2226 (ADM/SRN), 01-2227 (MJD/JGL), 01-2228 (MJD/JGL), 01-2229 (MJD/JGL), 01-2230 (ADM)/AJB), 01-2232 (PAM/SRN), 01-2233 (MJD/RLE), 01-2234 (JMR/RLE), 01-2235 (JRT/RLE), 01-2236 (JMR/RLE), 01-2237 (PAM/RLE) and 01-2350 (RHK/JMM) be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of cards on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse these cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FURTHER ORDER** that all initial motions to stay, transfer, and remand are referred to Magistrate Judge Arthur J. Boylan. Counsel are directed to call and schedule the motions with Calendar Clerk Kathy Thobe at 651-848-1210.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: January 16th, 2002

DONOVAN W. FRANK
Judge of United States District Court

Dated: January 18, 2002

PAUL A. MAGNUSON
Judge of United States District Court

Dated: January 22, 2002

JAMES M. ROSENBAUM
Judge of United States District Court

Dated: January _____, 2002

RICHARD H. KYLE
Judge of United States District Court

Dated: January 28, 2002

MICHAEL J. DAVIS
Judge of United States District Court

Dated: January 28, 2002

JOHN R. TUNHEIM
Judge of United States District Court

Dated: January 29, 2002

ANN D. MONTGOMERY
Judge of United States District Court

Dated: January 30, 2002

DAVID S. DOTY
Judge of United States District Court

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Donovan W. Frank and Magistrate Arthur J. Boylan

NEW CASE INFORMATION 01-2236 DWF/AJB

Use this case information for all further filings.